USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PEDRO ALTAMIRANO,                                :

          Plaintiff,                              :       ORDER OF DISMISSAL

  -v.-                                                      :
                                                                    17 Civ. 5234 (LGS) (GWG)
LA STANZA NYC LLC,                              :

          Defendant.                          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On September 29, 2017, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). On September 20, 2017, the parties participated in a settlement conference before the Court under which plaintiff and defendants agreed to settle plaintiff's claims in accordance with terms that were placed on the record in open court. Because this case was brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), the Court has carefully scrutinized the settlement for fairness. For the reasons stated on the record at the conference, the Court finds the settlement to be fair and reasonable.

      Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if the settlement has not been consummated. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

      The Court will retain jurisdiction to enforce the settlement. Any pending motions are moot. The Clerk is requested to close the case.

SO ORDERED.

Dated: October 2, 2017
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge